

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8316

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Amada ROJAS-Penaloza<br><br>Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 9, 2008, within the Southern District of California, defendant Amada ROJAS-Penaloza did knowingly and intentionally import approximately 61.38 kilograms (135.04 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 10th day of April 2008.

Peter C. Lewis
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Amada ROJAS-Penaloza

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement Special Agent (SA) Russell H. Vensk Jr. and the interview of Amada ROJAS-Penaloza.

On April 9, 2008, at approximately 0535 hours, ROJAS, a citizen of Mexico, entered the U.S. at the Calexico, Ca. East Port of Entry. ROJAS was the driver, owner and sole occupant of a 1995 Pontiac Bonneville.

At primary, ROJAS presented her DSP-150 for admission into the U.S. and stated she was the owner of the vehicle to Customs & Border Protection Officer (CBPO) E. Weir. CBPO Weir referred ROJAS and the vehicle to secondary inspection.

In secondary, CBPO J. Ortiz discovered packages concealed in a specially built non-manufacturer compartment between the rear seat and the trunk. CBPO Ortiz probed one of the packages and extracted a green leafy substance, which he field-tested and which gave a positive indication for the presence of marijuana. CBPO Ortiz removed a total of sixty-nine packages from the vehicle. The packages had a total weight of 61.38 kgs. (135.04 lbs.)

ROJAS was advised of her Miranda rights by SA Frank Gonzalez. ROJAS stated she understood her rights and agreed to answer questions without the presence of an attorney. ROJAS admitted she knew there was marijuana concealed in the vehicle when she entered the U.S. ROJAS stated she was to be paid $1000.00 for the smuggling venture.